IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAKER PUOK,<br><br>            Petitioner,<br><br>vs.<br><br>DOUGLAS DISTRICT COURT,<br><br>            Respondent. | 4:22CV3201<br><br>**MEMORANDUM AND ORDER** |

      On October 18, 2022, the Court conducted an initial review of Petitioner Maker Puok's Petition for Writ of Habeas Corpus, Filing No. 1, brought pursuant to 28 U.S.C. § 2254. The Court determined Petitioner's petition was insufficient because it was not signed under penalty of perjury and failed to name a proper respondent. Filing No. 9. The Court ordered Petitioner to file an amended petition for writ of habeas corpus within 30 days or face dismissal of this matter. To date, Petitioner has not filed an amended petition and the time in which to do so has passed.

      IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

      Dated this 8th day of December, 2022.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge